HARVEY P. SACKETT (72488)
**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue
San Jose, California 95125-6011
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT TRUJILLO, JR., | ) Case No. 5:18-cv-07125-SVK |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ~~PROPOSED~~ ORDER |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a forty-five (45) extension of time until July 12, 2019, in which to e-file his Motion for Summary Judgment. Defendant shall file any opposition, including cross-motion, on or before August 9, 2019. This extension is necessitated due to Plaintiff's counsel's upcoming schedule of administrative hearings; district court briefs due (fourteen opening briefs and three reply briefs). Plaintiff makes this request in good faith with no intention to unduly delay the proceedings. Defendant has no objection and stipulates to requested relief.

///

///

///

1

STIPULATION AND ORDER

Dated: May 28, 2019 /s/HARVEY P. SACKETT
HARVEY P. SACKETT
Attorney for Plaintiff
GILBERT TRUJILLO, JR.

Dated: May 28, 2019 /s/CAROL S. CLARK
CAROL S. CLARK
Special Assistant U.S. Attorney
Social Security Administration

IT IS ORDERED.

Dated: May 30, 2019

SUSAN VAN KEULEN
United States Magistrate Judge

STIPULATION AND ORDER