1

2

3

4 UNITED STATES DISTRICT COURT

5 NORTHERN DISTRICT OF CALIFORNIA

6

7 GILBERT TRUJILLO, JR.,                    Case No. 18-cv-07125-SVK

8         Plaintiff,

9     v.                                          **JUDGMENT**

10 NANCY A. BERRYHILL,

11         Defendant.

12       Pursuant to the Court's November 22, 2019 order granting the motion for summary

13 judgment of Plaintiff Gilbert Trujillo, Jr., denying the Commissioner's cross-motion for summary

14 judgment, and remanding the case for further proceedings, judgment is entered in favor of Plaintiff

15 and against the Commissioner. The Clerk of Court shall close the file in this matter.

16       **SO ORDERED.**

17 Dated: November 22, 2019

18

19

20 SUSAN VAN KEULEN
    United States Magistrate Judge

21

22

23

24

25

26

27

28