HARVEY P. SACKETT (72488)

**S A C K E T T**
AND ASSOCIATES
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
San Jose, California 95125-6011
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

/as

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT TRUJILLO JR., )<br><br>Plaintiff, )<br><br>v. )<br><br>ANDREW SAUL, )<br>Commissioner of Social Security, )<br><br>Defendant. )<br><br>_____ ) | Case No.: 5:18-cv-07125-SVK<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

On November 22, 2019 this Court issued an order reversing the final decision of the

Defendant, Andrew Saul, the Commissioner of Social Security (Commissioner), with a remand

for a rehearing, 42 U.S.C. § 405(g) (sentence four); judgment was entered.

In the interest of administrative and judicial economy, the parties have agreed to stipulate

that an award of FOUR THOUSAND FIVE HUNDRED FIFTY-THREE AND FIFTY NINE

($4,553.59) in attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d),

is reasonable.  This award is without prejudice to Plaintiff's right to seek attorney's fees under

section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of

1

STIPULATION AND [~~PROPOSED~~] ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY
FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)

the EAJA.  However, this award shall constitute a complete release from and bar to any claims Plaintiff may have relating to EAJA fees and costs.  Further, such award shall not be used as precedent in any future cases, nor be construed as a concession by the Commissioner that the original administrative decision denying benefits to Plaintiff was not substantially justified.

After the Court issues an order for EAJA fees to Plaintiff, the Government will consider the matter of Plaintiff's assignment of EAJA fees to Harvey P. Sackett ("Counsel").  Pursuant to Astrue v. Ratliff, 560 U.S. 586 (2010), the ability to honor an assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA is entered, the Government will determine whether they are subject to offset.  Fees shall be made payable to Plaintiff, but if the Department of Treasury determines Plaintiff does not owe a federal debt, then the Government shall cause the payment of fees, expenses, and costs to be made payable directly to Counsel, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered and made payable to Counsel.

Accordingly, Defendant agrees to pay Plaintiff $4,553.59 in attorney's fees.

All parties whose signature lines appear in this document have consented to its filing. This award is without prejudice to the rights of Sackett and Associates and/or Harvey P. Sackett to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.


Dated: February 26, 2020                          SACKETT AND ASSOCIATES

                                        By:       /s/ *HARVEY P. SACKETT*
                                                  HARVEY P. SACKETT
                                                  Attorney for Plaintiff
                                                  GILBERT TRUJILLO JR.


Dated: February 26, 2020                          DAVID L. ANDERSON
                                                  United States Attorney

2

STIPULATION AND [PROPOSED] ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)

By:     /s/CAROL S. CLARK
        CAROL S. CLARK
        Special Assistant United States Attorney
        Attorneys for Defendant
        [*As authorized by email on 2/12/20]

## ORDER

Pursuant to the stipulation, IT IS SO ORDERED.

Dated: February 26, 2020

HON. SUSAN VAN KEULEN
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY
FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)